JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HARTMAN ) | CASE NO. CV 16-00266 PJW |
| ) | |
| Plaintiff, ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO |
| ) | EAJA, 28 U.S.C. § 2412(d) |
| vs. ) | |
| ) | |
| NANCY A. BERRYHILL[1], ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $4083.85, subject to the terms of the stipulation.

Dated: July 10, 2017

_____
PATRICK J. WALSH
U.S. Magistrate Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).